# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EDDIE E. ABRAM,<br><br>                Plaintiff,<br><br>vs.<br><br>LARRY SOHLER, 2 East Unit Manager, Individual Capacity; LEON CHATHAM, Security Specialist 2, Individual Capacity; MICHELLE SULLIVAN, Security Specialist 2, Individual Capacity; STEPHANIE BEASLEY, Security Specialist 2, Individual Capacity; HUNTER LEWIS, Response Team, Individual Capacity; and KOLTON NEUHAUS, Response Team, Individual Capacity;<br><br>                Defendants. | 8:22CV152<br><br>ORDER |

      Plaintiff, pro se, has filed a Motion to Compel Discovery Material (Filing No. 25), asking the Court to order the defendants to produce a variety of documents pursuant to Rule 37 of the Federal Rules of Civil Procedure. Plaintiff's motion is premature. The defendants have filed a motion to dismiss Plaintiff's claims (Filing No. 23), which remains pending, and the Court has not yet entered an order permitting discovery to commence. See NECivR. 16.1(c)(1) ("Approximately 30 days after the last defendant files an answer, the court issues a progression order addressing discovery and other issues. No discovery may take place until this progression order is entered except upon motion and order."). Accordingly,

      **IT IS ORDERED:** Plaintiff's Motion to Compel Discovery Material (Filing No. 25) is denied as premature.

      Dated this 11th day of July, 2022.

                                                               BY THE COURT:

                                                              s/Michael D. Nelson<br>                                                              United States Magistrate Judge